IN RE:                                CASE NO.  08-54418

SARAH JANE BACON                      CHAPTER 7

    Debtor                            REPORT OF UNCLAIMED
                                      <u>DIVIDEND</u>


    Harold A. Corzin, Trustee herein, reports that check #10102 was issued on March 9, 2010 to the following claimant as and for a first and final dividend in this estate, in the amount set forth below, but that said check has not been negotiated. The Trustee thus issues check #10109 to the Clerk of Courts in the amount of $179.34 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.


                                         */s/ Harold A. Corzin*
                                       HAROLD A. CORZIN, TRUSTEE
                                       304 N. Cleveland-Massillon Road
                                       Akron, Ohio 44333
                                       (330) 670-0770
                                       (330) 670-0297 Facsimile
                                       Harold.corzin@psinet.com


June 10, 2010

cc:  U. S. Trustee

FILED 2010 JUN 18 AM 9:... US BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

Printed: 06/10/10 08:07 AM

# Stale Check Report

Page: 1

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 08-54418 - BACON, SARAH JANE

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 9200-02587751-66 | 10109 | 06/10/10 | U. S. BANKRUPTCY COURT | | | $179.34 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-02587751-66 2 | | 10102 | 03/23/09 | 610 | Hillcrest Radiology Associates<br>PO Box 92385<br>Cleveland, OH 44193 | 919.00 | 919.00 | 179.34 | 179.34 |

*Handwritten:* Ck # 10109
receipt # 81553

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.